RALPH B. STRASSBURGER, Appellant, *v.* SINGER MANUFACTURING COMPANY et al., Respondents.

MAY B. STRASSBURGER et al., Appellants, *v.* SINGER MANUFACTURING COMPANY et al., Respondents.

Reported below, 263 App. Div. 518.
Submitted November 23, 1942; decided December 10, 1942.

*Conn Cohalan, Daniel F. Cohalan, Jr.,* and *Emil Morosini, Jr.,* for motions.

*Arthur Richenthal* and *A. Lincoln Lavine* opposed.

Motions granted.

MAX S. YUNI, Appellant, *v.* MAX HERSCOVITZ, Respondent.

Submitted November 23, 1942; decided December 10, 1942.

Motion for reargument or to amend the remittitur denied, with ten dollars costs and necessary printing disbursements. (See 289 N. Y. 548.)

UNITED STATES TRUST COMPANY OF NEW YORK, Appellant, *v.* FREDERICK T. FRELINGHUYSEN et al., Respondents.

Submitted November 23, 1942; decided December 10, 1942.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 288 N. Y. 463.)